UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL RAFA,

         Plaintiff,

-against-

NRG OSWEGO HARBOR POWER OPERATIONS, INC.
and OSWEGO HARBOR POWER, LLC,

         Defendants.

Case No.: 17-cv-653
(TJM/ATB)

STIPULATION

---

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties, Michael Rafa, NRG Oswego Harbor Power Operations, Inc., and Oswego Harbor Power, LLC, to the above entitled action, that whereas no party hereto is an infant, conservatee or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above entitled action as against NRG Oswego Power Operations, Inc., is hereby discontinued with prejudice and without costs to any party as against the other. Moreover, it is hereby stipulated and agreed by and between the undersigned attorneys of record for the parties, as identified above, that the caption in this matter is amended going forward so as not to include NRG Oswego Power Operations, Inc., as a named defendant. This stipulation may be filed without further notice with the clerk of the Court.

Dated: May 3, 2018

By: John W. Liguori, Esq.
Bar Roll No. 507379
**JOHN W. LIGUORI, ESQ., PLLC**
Attorneys for Plaintiff
450 New Karner Road
Albany, New York 12203

Dated: May 4, 2018

By: Steven Ward Williams, Esq.
Bar Roll No. 507854
**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
Attorneys for Defendants
250 South Clinton Street, Suite 600
Syracuse, New York 13202

         IT IS SO ORDERED.
         Dated: May 17, 2018

         Thomas J. McAvoy
         Senior, U.S. District Judge

{S0748450.1}